MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

**FILED**

NOV - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARBARA MITCHELL,<br><br>    Defendant. | No. 11-0507 EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 3, 2011 TO DECEMBER 12, 2011, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    On November 3, 2011, defendant Barbara Mitchell made her initial appearance before Magistrate Judge Howard R. Lloyd. Assistant Federal Public Defender Varell L. Fuller, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Judge Lloyd ordered the parties to appear before the Honorable Edward J. Davila on December 12, 2011 for a status conference in this matter.

    The parties request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from November 3, 2011 through December 12, 2011. The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

the Speedy Trial Act, 18 U.S.C. § 3161, from November 3, 2011 through December 12, 2011, based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided discovery in the present case and defense counsel needs time to review the discovery, evaluate further possible defenses and motions available to the defendant.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from November 3, 2011 through December 12, 2011.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from November 3, 2011 through December 12, 2011, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 11/4/11    /s/ Varell L. Fuller
                 VARELL L. FULLER

DATED: 11/4/11    /s/ Hanley Chew
                 HANLEY CHEW
                 Assistant United States Attorney

[PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from November 3, 2011 through December 12, 2011 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from November 3, 2011 through December 12, 2011.

Accordingly, the Court further orders that the time from November 3, 2011 through December 12, 2011 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 11/4/11

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge