1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  HANLEY CHEW (189985)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5061
7     Fax: (408) 535-5066
      E-Mail: hanley.chew@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

DEC 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 11-0507 EJD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER EXCLUDING TIME FROM** |
| v. | ) **DECEMBER 12, 2011 TO MARCH 12,** |
| | ) **2012, FROM CALCULATIONS UNDER** |
| BARBARA MITCHELL, | ) **THE SPEEDY TRIAL ACT (18 U.S.C. §** |
| | ) **3161)** |
| Defendant. | ) |

On December 12, 2011, defendant Barbara Mitchell appeared before the Honorable Edward J. Davila. Assistant Federal Public Defender Varell L. Fuller, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Judge Davila ordered the parties to appear for a further status conference on March 12, 2012 for a status conference in this matter.

The parties request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from December 12, 2011 through March 12, 2012. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

1. the Speedy Trial Act, 18 U.S.C. § 3161, from December 12, 2011 through March 12, 2012, based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided voluminous discovery in the present case, and anticipates providing several thousands of pages of additional discovery, and defense counsel needs time to review the discovery, evaluate further possible defenses and motions available to the defendant.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from December 12, 2011 through March 12, 2012.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from December 12, 2011 through March 12, 2012, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 12/12/11

VARELL L. FULLER

DATED: 12/12/11

HANLEY CHEW
Assistant United States Attorney

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from December 12, 2011 through March 12, 2012 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from December 12, 2011 through March 12, 2012.

Accordingly, the Court further orders that (1) a further status conference in this matter is set for March 12, 2012; and (2) the time from December 12, 2011 through March 12, 2012 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 12/12/11

THE HONORABLE EDWARD J. DAVILA
United States Magistrate Judge

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD