MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0507 EJD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER VACATING MARCH 12, 2012 STATUS CONFERENCE, SETTING MAY 14, 2012 STATUS CONFERENCE AND EXCLUDING TIME FROM MARCH 12, 2012 TO MAY 14, 2012, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. | ) | |
| BARBARA MITCHELL, | ) | |
| Defendant. | ) | |

The parties hereby request that the Court enter this order vacating the status conference scheduled for March 12, 2012, setting a further status conference in this matter for May 14, 2012, and excluding time from March 12, 2012 through May 14, 2012.  The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 12, 2012 through May 14, 2012, based upon the need for the defense counsel to investigate further the facts of the present case.  The government has provided thousands of pages of discovery in the present case, and defense counsel needs time to review the discovery, evaluate further possible defenses and motions

1  available to the defendant.

2.  The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from March 12, 2012 through May 14, 2012.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from March 12, 2012 through May 14, 2012, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 21, 2012          /s/ Varell L. Fuller
                                  VARELL L. FULLER

DATED: February 21, 2012          /s/ Hanley Chew
                                  HANLEY CHEW
                                  Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 12, 2012 through May 14, 2012 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from March 12, 2012 through May 14, 2012.

Accordingly, the Court further orders that (1) the status conference for March 12, 2012 is vacated; (2) a further status conference in this matter is set for May 14, 2012; and (3) the time

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

1  from March 12, 2012 through May 14, 2012 is excluded from time calculations under the Speedy
2  Trial Act, 18 U.S.C. § 3161.
3
4  IT IS SO ORDERED.
5  DATED: February 22, 2012
   _____
6  THE HONORABLE EDWARD J. DAVILA
   United States District Judge

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

3