1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HANLEY CHEW  (189985)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5061
7     Fax:  (408) 535-5066
      E-Mail: hanley.chew@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE  DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR 11-0507 EJD
                                       )
15      Plaintiff,                     )   STIPULATION AND [PROPOSED]
                                       )   ORDER VACATING MAY 14, 2012
16      v.                             )   STATUS CONFERENCE, SETTING
                                       )   AUGUST 27, 2012 STATUS
17 BARBARA MITCHELL,                   )   CONFERENCE AND EXCLUDING
                                       )   TIME FROM MAY 14, 2012 TO
18      Defendant.                     )   AUGUST 27, 2012, FROM
                                       )   CALCULATIONS UNDER THE
19                                         SPEEDY TRIAL ACT (18 U.S.C. § 3161)

20      The parties hereby request that the Court enter this order vacating the status conference

21 scheduled for May 14, 2012, setting a further status conference in this matter for May 14, 2012,

22 and excluding time from May 14, 2012 through August 27, 2012.  The parties, including the

23 defendant, stipulate as follows:

24 1.   The defendant understands and agrees to the exclusion of time from calculations under

25 the Speedy Trial Act, 18 U.S.C. § 3161, from May 14, 2012 through August 27, 2012, based

26 upon the need for the defense counsel to investigate further the facts of the present case.  The

27 government has provided thousands of pages of discovery in the present case, and defense

28

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

counsel needs time to review the discovery, evaluate further possible defenses and motions available to the defendant. In addition, once defense counsel and defendant have completed their review of the discovery, they will meet with government counsel to discuss potential dispositions of this matter. If necessary, the parties may request that the Court refer them to a Settlement Conference.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from May 14, 2012 through August 27, 2012.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from May 14, 2012 through August 27, 2012, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 8, 2012                    /s/ Varell L. Fuller
                                      VARELL L. FULLER

DATED: May 8, 2012                    /s/ Hanley Chew
                                      HANLEY CHEW
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 14, 2012 through August 27, 2012 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and

is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from May 14, 2012 through August 27, 2012.

Accordingly, the Court further orders that (1) the status conference for May 14, 2012 is vacated; (2) a further status conference in this matter is set for August 27, 2012; and (3) the time from May 14, 2012 through August 27, 2012 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: May 8, 2012

_____
THE HONORABLE EDWARD J. DAVILA
United States Magistrate Judge