1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   HANLEY CHEW  (189985)
    Assistant United States Attorney

5
        150 Almaden Boulevard, Suite 900
6       San Jose, CA 95113
        Telephone: (408) 535-5061
7       Fax:  (408) 535-5066
        E-Mail: hanley.chew@usdoj.gov

8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE  DIVISION

13

14  UNITED STATES OF AMERICA,          )     No. CR 11-0507 EJD
                                       )
15      Plaintiff,                     )     **STIPULATION AND [PROPOSED]**
                                       )     **ORDER VACATING AUGUST 27, 2012**
16      v.                             )     **STATUS CONFERENCE, SETTING**
                                       )     **NOVEMBER 19, 2012 STATUS**
17  BARBARA MITCHELL,                  )     **CONFERENCE AND EXCLUDING**
                                       )     **TIME FROM AUGUST 27, 2012 TO**
18      Defendant.                     )     **NOVEMBER 19, 2012, FROM**
                                       )     **CALCULATIONS UNDER THE**
19  _____   )     **SPEEDY TRIAL ACT (18 U.S.C. § 3161)**

20      The parties hereby request that the Court enter this order vacating the status conference

21  scheduled for August 27, 2012, setting a further status conference in this matter for November

22  19, 2012, and excluding time from August 27, 2012 through November 19, 2012.  The parties,

23  including the defendant, stipulate as follows:

24  1.      The defendant understands and agrees to the exclusion of time from calculations under

25  the Speedy Trial Act, 18 U.S.C. § 3161, from August 27, 2012 through November 19, 2012,

26  based upon the need for the defense counsel to investigate further the facts of the present case.

27  The government has provided thousands of pages of discovery in the present case, and defense

28

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

1   counsel needs time to review the discovery, evaluate further possible defenses and motions

2   available to the defendant.  In addition, once defense counsel and defendant have completed their

3   review of the discovery, they will meet with government counsel to discuss potential dispositions

4   of this matter.  If necessary, the parties may request that the Court refer them to a Settlement

5   Conference.

6    2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial

7   Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

8   effective preparation of the defense; believes the exclusion is in the defendant's best interests;

9   and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be

10  from August 27, 2012 through November 19, 2012.

11          Given these circumstances, the parties believe, and request that the Court find, that the

12  ends of justice are served by excluding from calculations the period from August 27, 2012

13  through November 19, 2012, outweigh the best interests of the public and the defendant in a

14  speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15

16  IT IS SO STIPULATED.

17

18  DATED: August  22, 2012                    /s/ Varell L. Fuller
                                               VARELL L. FULLER

19

20  DATED: August 22, 2012                     /s/ Hanley Chew
                                               HANLEY CHEW
                                               Assistant United States Attorney

21

22                              [PROPOSED] ORDER

23          Having considered the stipulation of the parties, the Court finds that: (1) the defendant

24  understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18

25  U.S.C. § 3161, from August 27, 2012 to November 19, 2012 based upon the need for the defense

26  counsel to investigate further the facts of the present case, review the discovery that the

27  government has already provided and evaluate further possible defenses and motions available to

28  the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

1    is in the defendant's best interests; and (3) the ends of justice are served by excluding from

2    calculations the period from August 27, 2012 to November 19, 2012.

3            Accordingly, the Court further orders that (1) the status conference for August 27, 2012

4    is vacated; (2) a further status conference in this matter is set for November 19, 2012; and (3) the

5    time from August 27, 2012 to November 19, 2012 is excluded from time calculations under the

6    Speedy Trial Act, 18 U.S.C. § 3161.

7    IT IS SO ORDERED.

8

9    DATED:___August 23, 2012___                    _____

10                                                   THE HONORABLE EDWARD J. DAVILA
                                                     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER
U.S. v. MITCHELL, No. CR 11-507EJD

3